JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| L.Y.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FERETI SEMAIA et al.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-00685-WLH-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice as moot. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: May 28, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE